**United States District Court**
**District of Massachusetts (Boston)**
**CRIMINAL DOCKET FOR CASE #: 1:06-cr-10090-RWZ All Defendants**
**Internal Use Only**

FILED
IN CLERKS OFFICE
2007 JUN 20 P 12: 15
U.S. DISTRICT COURT
DISTRICT OF MASS.

Case title: USA v. Takesian

Date Filed: 04/06/2006
Date Terminated: 08/16/2006

---

Assigned to: Judge Rya W. Zobel

**Defendant**

**Greg Takesian** (1)
*TERMINATED: 08/16/2006*

represented by **Alexander J. Repasky**
4880 Lower Roswell Road
Suite 207
Marietta, GA 30068
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1343 Wire Fraud (1) | The defendant was sentenced to 2 years Probation; the first 2 months in home confinement with electronic monitoring and pay the fee; Standard conditions apply; no guns; DNA sample; testing; SC; no new credit; share financial records; clear up with IRS; |
| 18:1001 False Statements (2) | The defendant was sentenced to 2 years Probation; the first 2 months in home confinement with electronic monitoring and pay the fee; Standard conditions apply; no guns; DNA sample; testing; SC; no new credit; share financial records; clear up with IRS; |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

I HEREBY ATTEST AND CERTIFY ON 6/12/07 THAT THE FOREGOING DOCUMENT IS A FULL, TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

CLERK, U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BY:

**Highest Offense Level (Terminated)**

None

**Complaints** | **Disposition**

None

---

**Plaintiff**

**USA** represented by **Joel E. Leising**
Fraud Section, Crim Div. U.S. Dept. of Justice
1400 New York Avenue, N.W.
Rm 3426
Washington, DC 20005
202-514-7045
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul G. Levenson**
United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3147
Fax: 617-748-3960
Email: paul.levenson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/06/2006 | 1 | INFORMATION (Felony) as to Greg Takesian (1) count(s) 1, 2. (Gawlik, Cathy) (Entered: 04/07/2006) |
| 04/11/2006 | | NOTICE OF HEARING as to Greg Takesian Change of Plea Hearing set for 5/23/2006 03:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 04/11/2006) |
| 04/11/2006 | 2 | PLEA AGREEMENT as to Greg Takesian (Levenson, Paul) Additional attachment(s) added on 4/12/2006 (Urso, Lisa). Additional attachment(s) added on 5/24/2006 (Urso, Lisa). (Entered: 04/11/2006) |
| 05/23/2006 | | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Change of Plea Hearing as to Greg Takesian held on 5/23/2006, Plea |

| | | |
|---|---|---|
| | | entered by Greg Takesian (1) Guilty Count 1,2. Sentencing set for 8/16/2006 02:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 05/24/2006) |
| 05/23/2006 | 4 | WAIVER OF INDICTMENT by Greg Takesian (Urso, Lisa) (Entered: 05/24/2006) |
| 05/24/2006 | 3 | Judge Rya W. Zobel : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Greg Takesian Sentencing set for 8/16/2006 02:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 05/24/2006) |
| 05/24/2006 | 5 | MOTION for Leave to Appear Pro Hac Vice by Alexander J. Repasky as to Greg Takesian. (Attachments: # 1 ECF Mandatory Filing Notice)(Johnson, Jay) (Entered: 05/24/2006) |
| 08/03/2006 | | FILING FEE PAID $ 50 regarding Alexander Joseph Repasky as to Greg Takesian (Johnson, Jay) (Entered: 08/03/2006) |
| 08/16/2006 | | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Sentencing held on 8/16/2006 for Greg Takesian (1), Count(s) 1, 2, The defendant was sentenced to 2 years Probation; the first 2 months in home confinement with electronic monitoring and pay the fee; Standard conditions apply; no guns; DNA sample; testing; SC; no new credit; share financial records; clear up with IRS;. (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 08/16/2006) |
| 08/16/2006 | 6 | Judge Rya W. Zobel : ORDER entered. JUDGMENT as to Greg Takesian (1), Count(s) 1, 2, The defendant was sentenced to 2 years Probation; the first 2 months in home confinement with electronic monitoring and pay the fee; Standard conditions apply; no guns; DNA sample; testing; SC; no new credit; share financial records; clear up with IRS; (Urso, Lisa) (Entered: 08/17/2006) |
| 06/11/2007 | 7 | Probation Jurisdiction Transferred to USDC RI as to Greg Takesian Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (Johnson, Jay) (Entered: 06/12/2007) |