FILED
IN CLERKS OFFICE
2006 APR -6 P 12:57
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 05- 06 CR 10090 RWZ |
| v. | VIOLATIONS: |
| GREG TAKESIAN, | 18 U.S.C. § 1343 (Wire Fraud) |
| Defendant. | 18 U.S.C. § 1001 (False Statements) |

**INFORMATION**

THE UNITED STATES ATTORNEY CHARGES:

**GENERAL ALLEGATIONS**

1. At all times material to this Information the defendant GREG TAKESIAN was a resident of Burlington, MA, and was a certified public accountant.

I HEREBY ATTEST AND CERTIFY ON [illegible] THAT THE FOREGOING DOCUMENT IS A FULL, TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
CLERK, U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BY:

**COUNT ONE**

**(Wire Fraud - 18 U.S.C. § 1343)**

2. Paragraph 1 is re-alleged and incorporated herein.

3. Beginning in or about October 2002, and continuing to in or about April 2003, in the District of Massachusetts and elsewhere, defendant TAKESIAN and others, both known and unknown, knowingly devised, intended to devise, and participated in a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses, representations and promises.

4. A purpose of the scheme and artifice to defraud was for defendant TAKESIAN and his co-schemers to fraudulently obtain money from SM by falsely representing their ability to "fix" a pending federal criminal tax investigation against SM.

5. It was a part of the scheme and artifice to defraud that defendant TAKESIAN, upon learning that SM was the subject of a criminal tax investigation, informed SM that he had a friend who knew someone who could help him.

6. It was a further part of the scheme and artifice to defraud that, on or about October 26, 2002, defendant TAKESIAN and his friend, co-schemer "A," met with SM. Co-schemer "A" told SM that he in turn knew a former high government official, co-schemer "B," who might be able to end the investigation of SM.

7. It was a further part of the scheme and artifice to defraud that co-schemer "A" told SM that SM would have to pay co-schemer "B" $20,000 down and an additional $55,000 after the investigation of SM ended.

8. It was a further part of the scheme and artifice to defraud that, on or about October 31, 2002, defendant TAKESIAN and his co-schemers caused SM to give defendant TAKESIAN a check for $20,000 with the understanding that it was to be paid over to co-schemer "B."

9. It was a further part of the scheme and artifice to defraud that, on or about October 31, 2002, defendant TAKESIAN deposited the $20,000 check into his escrow account at Citizens Bank in Burlington, MA.

10. It was a further part of the scheme and artifice to defraud that, on or about November 1, 2002, defendant TAKESIAN wired $15,000 from his escrow account to the account of co-schemer "B" at People's Alliance Federal Credit Union in New York.

11. It was a further part of the scheme and artifice to defraud that, on or about November 1, 2002, defendant TAKESIAN gave co-schemer "A" a check drawn on defendant TAKESIAN'S escrow account in the amount of $4,700 and made payable to Keswick Associates, an entity controlled by co-schemer "A."

12. It was a further part of the scheme and artifice to defraud that, in or about December 2002, defendant TAKESIAN and his co-schemers met with SM in Burlington, MA, at which time co-schemer "B" stated that he was a former IRS Special Agent and that he would soon cause the investigation of SM to end.

13. It was a further part of the scheme and artifice to defraud that, on or about April 9, 2003, defendant TAKESIAN told SM that co-schemer "B" was "the guy running the show" and the "only one that can fix this problem."

14. It was a further part of the scheme and artifice to defraud that, on or about August 5, 2003, defendant TAKESIAN falsely stated to federal agents that (a) the $20,000 given to him by

SM represented a consulting fee and that the money was still in defendant TAKESIAN's bank account, and (b) he did not know of any conversations that SM had with co-schemer "A."

15. It was a further part of the scheme and artifice to defraud that defendant TAKESIAN and his co-schemers refused to return the $20,000 to SM upon his demand.

16. On or about November 1, 2002, for the purpose of executing the scheme and artifice to defraud, and attempting to do so, in the District of Massachusetts and elsewhere, the defendant,

GREG TAKESIAN

and his co-schemers did knowingly transmit and cause to be transmitted in interstate commerce by means of wire communication certain writings, signs, signals; that is, a wire transfer of approximately $15,000 from Citizens Bank in Burlington, MA to People's Alliance Federal Credit Union in Hauppauge, NY, for credit to the account of co-schemer "B."

All in violation of Title 18, United States Code, Sections 1343 and 2.

**COUNT TWO**

**(False Statement - 18 U.S.C. § 1001)**

1. Paragraph 1 is re-alleged and incorporated herein.

2. On or about February 25, 2003, in the District of Massachusetts, in a matter within the jurisdiction of the United States Department of Justice, a department of the United States, the defendant GREG TAKESIAN did knowingly and willfully make a false, fraudulent, and fictitious material statement and representation; that is, defendant TAKESIAN falsely stated, in substance and in part, to federal law enforcement agents that he did not know the whereabouts of fugitive RAP, when in truth and fact defendant TAKESIAN knew of RAP's location in Burlington, MA.

All in violation of Title 18, United States Code, Sections 1001(a)(2) and 2.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

dated: April 6, 2006

By: [signature]
PAUL G. LEVENSON
Assistant U.S. Attorney
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3147

PAUL E. PELLETIER
ACTING CHIEF, FRAUD SECTION
CRIMINAL DIVISION
U.S. DEPARTMENT OF JUSTICE

By: Joel E. Leising /pa
JOEL E. LEISING
Senior Trial Attorney, Fraud Section
United States Department of Justice
10th & Constitution Avenue, N.W.
Bond Building – Room 3426
Washington, D.C. 20530
(202) 514-7045

JS 45 (5/97) - (Revised USAO MA 11/15/05) 06 CR 10090 RWZ

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** ________ **Category No.** III **Investigating Agency** TREAS. INSP. GENERAL

FILED IN CLERKS OFFICE

**City** Burlington **Related Case Information:**

**County** Middlesex

2006 APR -6 P 12: 57

Superseding Ind./ Inf. ________ Case No. ________

Same Defendant ________ New Defendant ________

Magistrate Judge Case Number ________

Search Warrant Case Number ________

R 20/R 40 from District of ________

U.S. DISTRICT COURT DISTRICT OF MASS.

**Defendant Information:**

Defendant Name Greg Takesian Juvenile ☐ Yes ☒ No

Alias Name ________

Address 18 Fieldstone Drive, Burlington, MA 01803

Birth date (Year only): 1963 SSN (last 4 #): 2130 Sex M Race: White Nationality: US

**Defense Counsel if known:** Alexander J. Repasky **Address:** 4880 Lower Roswell Road, Suite207 Marietta, GA 30068

**Bar Number:** ________

**U.S. Attorney Information:**

**AUSA** Paul G. Levenson and Joel Leising US DOJ Bar Number if applicable 553946

**Interpreter:** ☐ Yes ☒ No **List language and/or dialect:** ________

**Victims:** ☐ Yes ☒ No **If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2)** ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested** ☒ **Regular Process** ☐ **In Custody**

**Location Status:**

**Arrest Date:** ________

☐ **Already in Federal Custody as** ________ **in** ________.

☐ **Already in State Custody** ________ ☐ **Serving Sentence** ☐ **Awaiting Trial**

☐ **On Pretrial Release: Ordered by** ________ **on** ________

**Charging Document:** ☐ **Complaint** ☒ **Information** ☐ **Indictment**

**Total # of Counts:** ☐ **Petty** ________ ☐ **Misdemeanor** ________ ☒ **Felony** 2

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** April 6, 2006 Signature of AUSA: [signature]

JS 45 (5/97) - (Revised USAO MA 11/15/05) Page 2 of 2 or Reverse 06 CR 10090 RWZ

**District Court Case Number** (To be filled in by deputy clerk): ____________________

**Name of Defendant** Greg Takesian

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §1343 | Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 1001 | False Statement to Federal Agents | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**